UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOUGLAS JAFAR PEEK,<br><br>        Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>        Defendant. | Case No. 1:17-cv-01626-ODE-JFK |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DIVERSIFIED CONSULTANTS, INC.**

Defendant, Diversified Consultants, Inc. ("DCI"), through undersigned counsel and pursuant to Rule 7.1(a) and (b) of the Federal Rules of Civil Procedure and Local Rule 3.3, hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement and states:

1.    Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

1

2. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of DCI.  DCI has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

3. The undersigned further certifies that the following is a full list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    a.  Plaintiff, Douglas Jafar Peek;

    b.  Defendant, DCI;

4. The undersigned certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a. Wesley C. Taulbee, Esq. of Taulbee, Rushing, Snipes, Marsh & Hodgin, LLC, counsel for Plaintiff;

    b. Wendi E. Fassbender, Esq. of Sessions, Fishman, Nathan & Israel, LLC, counsel for Defendant CCS.

Submitted this 12th day of July, 2017.

Respectfully submitted

*/s/ Wendi E. Fassbender*
Wendi E. Fassbender, Esq.
GA Bar No. 179133
Sessions, Fishman, Nathan & Israel, L.L.C.
3001 Lookout Place, NE
Atlanta, GA 30305
Telephone: (678) 209-7492
Facsimile: (877) 480-5639
E-mail: wfassbender@sessions.legal

*Attorneys for Defendant,*
*Diversified Consultants, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2017, a true and correct copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

/s/ *Wendi E. Fassbender*
Wendi E. Fassbender, Esq.
GA Bar No. 179133
Sessions, Fishman, Nathan & Israel, L.L.C.

*Attorneys for Defendant, Diversified Consultants, Inc.*