# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**DOUGLAS JAFAR PEEK,**

    **Plaintiff,**

v.                                         **CIVIL ACTION NO: 1:17-CV-1626**

**DIVERSIFIED CONSULTANTS, INC.**

    **Defendant.**        /

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice. The parties agree to bear their own fees and costs.

Date: **September 28, 2017**

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| */s/ Wendi E. Fassbender* | */s/ Wesley C. Taulbee* |
| Wendi E. Fassbender, Esq. | Wesley C. Taulbee, Esq. |
| GA Bar No. 179133 | Georgia Bar No.: 368972 |
| Sessions, Fishman, Nathan & Israel, L.L.C. | Taulbee, Rushing, Snipes |
| 3001 Lookout Place, NE | 12 Siebald Street/P.O. Box 327 |
| Atlanta, GA 30305 | Statesboro, Georgia 30459 |
| Telephone: (678) 209-7492 | Phone: (912) 764-9055 |
| Facsimile: (877) 480-5639 | Facsimile: (912) 7648687 |
| E-mail: wfassbender@sessions.legal | wtaulbee@statesborolawgroup.com |
| Attorney for Defendant | Attorney for Plaintiff |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of September, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing including the following:

Wendi E. Fassbender, Esq.
Sessions, Fishman, Nathan & Israel, L.L.C.
3001 Lookout Place, NE
Atlanta, GA 30305
E-mail: wfassbender@sessions.legal

*/s Wesley C. Taulbee*
Wesley C. Taulbee